LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile:  (909) 796-3402
E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
MAR 2 1 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LYDIA GONZALES, | No. EDCV 10-1102 E |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($3,100.00) subject to the terms of the stipulation.

DATE: 3/21/11

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-

# LAW OFFICES OF BILL LATOUR

## FEE AGREEMENT – FEDERAL COURT
## SSI/SOCIAL SECURITY DISABILITY

*PLEASE READ CAREFULLY*

I hereby employ BILL LATOUR, ATTORNEY AT LAW, to represent me in federal court review of my SSI/SOCIAL SECURITY DISABILITY case. I agree that my attorney shall charge and receive as the fee an amount equal to twenty-five percent (25%) of the past- due benefits that are awarded to my family and me in the event my case is won. Associate counsel may be retained to assist my attorney. If associate counsel is retained, that will not increase the amount of my fee.

In addition to the fee, I agree to pay my attorney's reasonable expenses that are incurred in representing me. Such expenses may include federal court filing fees, computerized legal research services, long distance telephone calls, medical reports, photocopying, postage and travel. I will get an itemized bill for these expenses. I understand that I will have to pay these expenses whether we win or lose my case; however, the fee that I must pay is based on winning my case. I will not be charged a fee if we lose.

My attorney has explained to me that it is the law that the attorney fee must be approved by the federal court for representation in federal court and by the Social Security Administration for representation before the Social Security Administration. I understand that the total fee could amount to several thousand dollars or several hundred dollars per hour on an hourly basis; I understand that my attorney is accepting my case because of the possibility of obtaining substantial fees. I agree to cooperate in any way that I can so that my attorney's full fee is authorized.

I understand that *usually* all of the attorney fee will be paid from my past-due benefits. However, sometimes a court will order the government to pay a portion of the attorney fees pursuant to the Equal Access to Justice Act (EAJA). If this happens, *I hereby assign any court awarded EAJA attorney fees to my attorney*. Nevertheless, the court awarded EAJA attorney fee may reduce the amount that I will be obligated to pay from my past-due benefits and it could mean that no attorney fee will come out of my back benefits; that the entire fee will be paid by the government under the EAJA. On the other hand, it could work out that my attorney will receive the 25% fee and, in addition, my attorney will receive part or the entire court-awarded EAJA fee. But in no case will the fee that comes out of the back benefits paid on my account be greater than 25% (including the fee paid for work on my case before the Social Security Administration).

I understand that in a social security disability case, the Social Security Administration will hold out 25% of the past-due benefits and send the approved fee to my attorney. However, if my case involves an SSI claim, the Social Security Administration will not withhold any money from the SSI back benefits. Therefore, it will be my responsibility to pay my attorney the fee from the SSI back benefits I receive.

This agreement terminates at the option of my attorney if we lose in the federal district court.

This agreement is in addition to any previous fee agreement I have signed with my attorney for representation before the Social Security Administration.

_Lydia Gonzales_      _7-20-10_
Signature      Dated

ACCEPTED AND APPROVED:
_Bill Latour_      _7/20/10_
Name (printed or typed)      Date